CHRIS S. AMO, Respondent, v LITTLE RAPIDS CORPORATION et al., Defendants and Third-Party Plaintiffs-Appellants, and LAFRAMBOISE GROUP, LTD., Appellant. MRL CONSTRUCTORS OF NEW YORK, LTD., Third-Party Defendant-Appellant.

Submitted November 10, 2003; decided December 22, 2003

Motion by Chris S. Amo to dismiss the appeal taken by Laframboise Group, Ltd. granted and appeal dismissed, with $400 costs and $100 costs of motion, upon the ground that a CPLR 5601 (d) appeal does not properly lie here.

Judge GRAFFEO taking no part.

CHRIS S. AMO, Respondent, v LITTLE RAPIDS CORPORATION et al., Defendants and Third-Party Plaintiffs-Appellants, and LAFRAMBOISE GROUP, LTD., Appellant. MRL CONSTRUCTORS OF NEW YORK, LTD., Third-Party Defendant-Appellant.

Submitted November 10, 2003; decided December 22, 2003

Motion by Laframboise Group, Ltd. for leave to appeal dismissed upon the ground that it does not lie. Movant previously sought leave to appeal to the Court of Appeals from the Appellate Division order from which leave to appeal is sought and the Court of Appeals previously reviewed the issues raised by that order (100 NY2d 531).

Judge GRAFFEO taking no part.